**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                            **Case No. 08-CR-53**

**ANTHONY JONES,**

    Defendant.

## DECISION AND ORDER

Defendant Anthony Jones motions the Court to reduce his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines which lowered the penalties for most drug offenses by reducing most offense levels on the 2D1.1 Drug Quantity Table by two levels. 18 U.S.C. § 3582(c) allows the Court to reduce a defendant's sentence if (1) the U.S. Sentencing Commission has lowered the applicable guideline range, and (2) the reduction is consistent with applicable policy statements issued by the Commission.

Although Jones' § 2D1.1 base level is reduced under the 2015 Guidelines, his status as a career offender remains unchanged and results in the same guideline range he faced when he was originally sentenced. Because Jones' guideline range has not been lowered under Amendment 782, as § 3582 requires, his motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Jones' motion for reduction of sentence (ECF No. 1607) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 6th day of May, 2016.

                                       **BY THE COURT:**

                                       _____
                                       **HON. RUDOLPH T. RANDA**
                                       **U.S. District Judge**